UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Y.M.M., | Case No. 2:25-cv-02075 |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION TO PROCEED UNDER PSEUDONYM |
| v. | |
| CAMMILLA WAMSLEY, ET AL., | |
| Respondents. | |

Before the Court is Petitioner's motion to proceed under pseudonym. Dkt. 3. For the following reasons, Petitioner's motion is GRANTED.

Given Petitioner's evidence of threatened violence in Venezuela and the United States, Dkt. 4, the Court finds that her need for anonymity outweighs prejudice to the opposing party and the public's interest in knowing Petitioner's identity. *See Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067–68 (9th Cir. 2000). The prejudice to the opposing party is minimal because Respondents will know Petitioner's identity and using a pseudonym will not impede litigating the case on the merits. The public interest weighs in favor of anonymity because a fear of violence from disclosure of one's identity could deter meritorious claims in other cases.

ORDER GRANTING PETITIONER'S MOTION TO PROCEED UNDER PSEUDONYM - 1

Accordingly, the Court ORDERS as follows:

1. The parties shall refer to Petitioner by the pseudonym "Y.M.M." in all filings and public proceedings;

2. The parties shall redact all filings accordingly.

Dated this 28th day of October, 2025.

_____
Tiffany M. Cartwright
United States District Judge