# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Y.M.M.,<br><br>                     Petitioner,<br>    v.<br><br>CAMMILLA WAMSLEY ET AL,<br><br>                     Respondents | JUDGMENT IN A CIVIL CASE<br><br>Case Number 2:25-cv-02075 |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Petition for writ of habeas corpus is GRANTED with the relief ordered in Dkt. 14.

Dated November 6, 2025.

                                                    <u>Ravi Subramanian</u>
                                                    Clerk of Court

                                                    <u>*/s/Michael Williams*</u>
                                                    Deputy Clerk